In the Matter of the Estate of John D. Schmidt, Deceased. Louis Langlitz, as Administrator, etc., of Louisa Langlitz, Deceased, Appellant; Henrietta Miller, Individually and as Executrix, etc., of John D. Schmidt, Deceased, Respondent. — Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Stanislaus Nowakowski, an Infant, etc., Appellant, v. New York and North Shore Traction Company, Respondent. — Order unanimously affirmed, with costs. (See *Azzara* v. *Nassau Electric R. R. Co.*, 134 App. Div. 167.) Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

John Nowakowski, Appellant, v. New York and North Shore Traction Company, Respondent. — Order unanimously affirmed, with costs. (See *Azzara* v. *Nassau Electric R. R. Co.*, 134 App. Div. 167.) Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.

The Ossining National Bank, Respondent, v. Michael Blake and Others, Defendants, Impleaded with Empire Trust Company and Charles H. Zehnder, Appellants. — Order reversed, with ten dollars costs and disbursements, and ordered that plaintiff state and number as separate causes of action the several transfers as in the notice of motion enumerated, save that the 5th and 6th enumerations may be stated and numbered as a single cause of action. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York ex rel. Edward J. Cassidy, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent. — Determination reversed, with fifty dollars costs and disbursements, on the ground that the charge is not supported by the evidence, and relator reinstated. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

The People of the State of New York ex rel. Angelo Iannarone, Appellant, v. William J. Doyle, Sheriff of Westchester County, Respondent. Tony Iannarone, Appellant. — Final order dismissing writ of habeas corpus affirmed, without costs. No opinion. Burr, Carr, Stapleton and Putnam, JJ., concurred; Jenks, P. J., not sitting.

The People of the State of New York ex rel. Rocco Morro, Appellant, v. William J. Doyle, Sheriff of Westchester County, Respondent. Rocco Lamonna, Appellant. — Final order dismissing writ of habeas corpus affirmed, without costs. No opinion. Burr, Carr, Stapleton and Putnam, JJ., concurred; Jenks, P. J., not sitting.

John J. Richardson, as Administrator, etc., of William Richardson, Deceased, Respondent, v. Lawyers Title Insurance and Trust Company, Appellant. — Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.